```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 23828
    DIANE MARIE VIRELLA
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-9442


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 09/09/2008 and was confirmed 12/17/2008.

      The plan was confirmed to pay secured creditors 100% and unsecured
 creditors   10.00%.

      The case was converted to chapter 7 after confirmation 02/13/2009.
------------------------------------------------------------------------------
 CREDITOR NAME                  CLASS         CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                                  PAID           PAID
------------------------------------------------------------------------------
 BRIGETTE BELL                  UNSECURED      NOT FILED            .00             .00
 LVNV FUNDING                   UNSECURED       18469.19            .00             .00
 LVNV FUNDING                   UNSECURED        1239.17            .00             .00
 DISCOVER FINANCIAL SERVI       UNSECURED        9858.61            .00             .00
 FIRESTONE                      UNSECURED      NOT FILED            .00             .00
 HSBC BANK NEVADA/ECAST S       UNSECURED        1511.65            .00             .00
 M3 FINANCIAL SVCS              UNSECURED        7770.88            .00             .00
 MEDICAL RECOVERY SPECIAL       UNSECURED      NOT FILED            .00             .00
 MEDICAL RECOVERY SPECIAL       UNSECURED      NOT FILED            .00             .00
 NORDSTROM FSB                  UNSECURED        3850.83            .00             .00
 OUR LADY OF RESURRECTION       UNSECURED      NOT FILED            .00             .00
 PEOPLES GAS LIGHT & COKE       UNSECURED      NOT FILED            .00             .00
 RESURRECTION BEHAVIORAL        UNSECURED      NOT FILED            .00             .00
 ROUNDUP FUNDING LLC            UNSECURED        2694.11            .00             .00
 SEARS                          UNSECURED      NOT FILED            .00             .00
 SPRINT                         UNSECURED      NOT FILED            .00             .00
 SPRINT PCS                     NOTICE ONLY   NOT FILED            .00             .00
 ST JOSEPH HOSPITAL             UNSECURED      NOT FILED            .00             .00
 SUBURBAN PULMONARY ASSOC       UNSECURED      NOT FILED            .00             .00
 ROUNDUP FUNDING LLC            UNSECURED        1389.20            .00             .00
 CHASE MANHATTAN MORTGAGE       CURRENT MORTG       .00             .00             .00
 CHASE MANHATTAN MORTGAGE       MORTGAGE ARRE   14118.66            .00         1753.91
 CHASE MORTGAGE                 CURRENT MORTG       .00             .00             .00
 CHASE MORTGAGE                 MORTGAGE ARRE    1400.00            .00          173.92
 INTERNAL REVENUE SERVICE       PRIORITY         6078.76            .00             .00
 CHASE HOME FINANCE LLC         MORTGAGE NOTI NOT FILED            .00             .00
 CREDIT FIRST                   UNSECURED         857.98            .00             .00
 BRIGETTE BELL                  SECURED          6385.00          46.36          359.74
 INTERNAL REVENUE SERVICE       UNSECURED          13.73            .00             .00
 PETER FRANCIS GERACI           DEBTOR ATTY         .00                             .00
 TOM VAUGHN                     TRUSTEE                                          181.07
 DEBTOR REFUND                  REFUND                                              .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 08 B 23828 DIANE MARIE VIRELLA
```

```
      Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                 2,515.00

PRIORITY                                             .00
SECURED                                         2,287.57
    INTEREST                                       46.36
UNSECURED                                            .00
ADMINISTRATIVE                                       .00
TRUSTEE COMPENSATION                              181.07
DEBTOR REFUND                                        .00
                        ---------------     ---------------
TOTALS                  2,515.00            2,515.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
   Dated: 03/17/09                 _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE